THE WYNNE FIRM, P.C.

3701 KIRBY DRIVE • SUITE 760 • HOUSTON, TEXAS 77098 • 281.813.8959 •

Bob Wynne
bob@justwynnelaw.com

June 13, 2022

***VIA ECF FILING SYSTEM***
Honorable Kenneth M. Hoyt
United States District Judge
Southern District of Texas, Houston Division
515 Rusk Street
11th Floor, Room 11-144
Houston, Texas 77002

Re: Civil Action No. 4:19-CV-02222; *Anthony Sandoval v. W&T Offshore, et al.*, In The United States District Court for the Southern District of Texas, Houston Division.

Dear Judge Hoyt

I am counsel for Non-Parties Kraus Neck and Back Institute and Dr. Masaki Oishi, who are the subjects on a motion filed in the above-referenced action. See Rec. Doc. 93. Counsel for the Defendants, as well as counsel for the Plaintiff, have agreed to pass the hearing, i.e., to reset the hearing for submission at a later date, if we cannot work out the discovery dispute ourselves. Accordingly, counsel for all the parties have consented to me submitting this correspondence to you and requesting that the Court remove the motion from its pending docket for the time being and/or reschedule it for a date in July 2022.

Thank you for your attention to this matter.

Sincerely,

*/s/ Bob Wynne*

Bob Wynne